

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2021

Fax: 212.371.5500

**Princeton**
4 Independence Way, Ste. 120
Princeton, NJ 08540
Tel: 609.514.1500
Fax: 609.514.1501

www.reitlerlaw.com

May 4, 2021

**VIA ECF & EMAIL**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: **Hall, et al. v. Protoons Inc.; Action No. 21-cv-02043-AT**

Dear Judge Torres:

This firm is counsel for plaintiffs Orville Hall and Phillip Price, collectively professionally known as "The Showboys" ("Plaintiffs") in the above-referenced action. Per the Court's Initial Pretrial Conference Order (Doc. No. 6), the parties were directed to submit a joint letter and proposed case management order to the Court today. However, no counsel has yet appeared for defendant Protoons Inc. ("Defendant"), though we expect that counsel for Defendant will appear within the next week.

Accordingly, we respectfully request a three-week adjournment of the deadline to submit the parties' joint letter and proposed case management plan, as well as a corresponding adjournment of the initial pretrial conference currently scheduled for May 11, 2021 at 11:00 a.m.

Thank you for your consideration of this request.

Respectfully Submitted,
REITLER KAILAS & ROSENBLATT LLC
Attorneys for Plaintiffs

*/s/ Brian D. Caplan*
Brian D. Caplan

GRANTED. The conference scheduled for May 11, 2021, is ADJOURNED to **June 3, 2021**, at **11:00 a.m.** By **May 27, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 5, 2021
New York, New York

ANALISA TORRES
United States District Judge