USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/11/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORVILLE HALL and PHILLIP PRICE, collectively professionally known as "THE SHOWBOYS",

                Plaintiffs,

-against-

PROTOONS INC.,

                Defendant.

21 Civ. 2043 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's motion to dismiss. ECF No. 13. The motion is DENIED without prejudice to renewal. Defendant is directed to comply with Rule III.B of the Court's Individual Practices in Civil Cases.

    The Clerk of Court is directed to terminate the motion at ECF No. 13.

    SO ORDERED.

Dated: May 11, 2021
       New York, New York

ANALISA TORRES
United States District Judge