USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2021

# Hillel I. Parness

(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fa...
Parness Law Firm, PLLC • www.hiplaw.com • h...
136 Madison Avenue, 6th Floor • New York, New York 10016

May 26, 2021 <u>VIA ECF</u>

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

    Re: <u>Hall & Price v. Protoons, Inc., Case No. 21-cv-2043-AT</u>

Dear Judge Torres:

I am counsel to Defendant Protoons, Inc. in connection with the above-referenced matter. I am writing, in accordance with Section I.C. of Your Individual Practices in Civil Cases, to request an adjournment or rescheduling of the Initial Pretrial Conference currently scheduled for 11 a.m. on June 3, 2021. ECF 11. I am going to be on an airplane departing at 12:05 p.m. that same day, and I therefore respectfully request that the conference be rescheduled to avoid this conflict, subject of course to the Court's availability. Both I and counsel for Plaintiffs are available earlier on June 3, 2021 (*e.g.*, at 9 or 10 a.m.), and also on June 7, 2021 before 4 p.m.

The conference was originally scheduled for May 11, 2021 at 11 a.m., and was rescheduled once at the request of counsel for Plaintiffs, in view of the fact that Defendant had not yet secured counsel. ECF 10-11. I have conferred with Plaintiffs' counsel and they consent to the foregoing request, which is acknowledged and appreciated.

                                      Respectfully submitted,

                                      Hillel I. Parness

GRANTED. The conference scheduled for June 3, 2021, is ADJOURNED to **June 7, 2021**, at **11:00 a.m.** By **May 31, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 27, 2021
      New York, New York

                                      ANALISA TORRES
                                    United States District Judge