UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORVILLE HALL and PHILLIP PRICE, collectively professionally known as "THE SHOWBOYS",

          Plaintiffs,

-against-

PROTOONS INC.,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2021

21 Civ. 2043 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters dated June 15 and 22, 2021, ECF Nos. 21–22. Accordingly,

1. Defendant's request for leave to file a motion to dismiss is GRANTED;
2. Defendant's request to stay the action pending its clearance efforts is DENIED;
3. By **July 29, 2021**, Defendant shall file its motion to dismiss;
4. By **August 19, 2021**, Plaintiffs shall file their opposition papers;
5. By **September 2, 2021**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: June 24, 2021
       New York, New York

                                             ANALISA TORRES
                                     United States District Judge