USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/3/2022

# Hillel I. Parness

(Cell) 646-526-8261 • (Office) 212-447-5299 •
Parness Law Firm, PLLC • www.hiplaw.com
136 Madison Avenue, 6th Floor • New York,

December 23, 2021                                                    VIA ECF

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      Re:    Hall & Price v. Protoons, Inc., Case No. 21-cv-2043-AT

Dear Judge Torres:

I am counsel to Defendant Protoons, Inc. ("Protoons") in connection with the above-referenced
matter. Protoons has filed its Answer and Counterclaims (ECF 38), and therefore respectfully
requests that the Court allow it to withdraw (or that the Court deny as moot) Protoons' July
29, 2021 Motion to Dismiss the Complaint (ECF 24).

                             Respectfully submitted,

                             Hillel I. Parness

cc: Counsel of Record (via ECF)

GRANTED. Defendant may withdraw its motion to dismiss the
complaint. The Clerk of Court is directed to terminate the motion
at ECF No. 24.

SO ORDERED.

Dated: January 3, 2022
      New York, New York

                             **ANALISA TORRES**
                        United States District Judge