USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORVILLE HALL and PHILLIP PRICE, collectively professionally known as "THE SHOWBOYS",

                Plaintiffs,

-against-

PROTOONS INC.,

                Defendant.

---

ORDER SCHEDULING DISCOVERY CONFERENCE

1:21-CV-2043 (AT)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for general pretrial supervision purposes (Doc. No. 42). A telephonic Discovery Conference in this matter will be held on **Thursday, January 20, 2022 at 10:30 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

SO ORDERED.

Dated:   January 11, 2022
             New York, New York

*[signature: Katharine H. Parker]*

                                      KATHARINE H. PARKER
                                      United States Magistrate Judge