UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORVILLE HALL and PHILLIP PRICE, collectively professionally known as "THE SHOWBOYS",

                          Plaintiffs,

-against-

PROTOONS INC.,

                          Defendant.

**ORDER**

**1:21-CV-2043 (AT)(KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On January 20, 2022, the Court held a telephonic conference in this matter to resolve a discovery dispute between the parties. As stated during the conference, the Court orders the following:

- **By February 3, 2022**, Defendant shall produce to Plaintiffs documents sufficient to show revenue received from the licensing and exploitation of the work in question. The production shall also include the agreement with Universal Music Publishing Group and the underlying licensing agreements.

- **By February 28, 2022**, the parties shall file a joint status letter electronically.

- Fact Discovery is hereby extended to **March 11, 2022.**

**SO ORDERED.**

Dated:   January 20, 2022
           New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge