# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

March 21, 2022

**MEMO ENDORSED**

VIA ECF

United States Magistrate Judge Katharine H. Parker
United States District Court for the
 Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/21/2022
```

Re: Hall & Price v. Protoons Inc., 1:21-cv-02043-AT-KHP (S.D.N.Y.)

Dear Judge Parker:

We represent Defendant Protoons Inc. in the above-referenced action. The Court has scheduled a Settlement Conference to take place before Your Honor on March 29, 2022. ECF 49. I am writing on behalf of Defendant to request a three-week adjournment of the date for the settlement conference. The reason for this adjournment is to allow additional time to explore a potential global resolution of this matter with a third party. I have discussed the foregoing with counsel for Plaintiffs and they have confirmed to me that they do not oppose the requested adjournment.

Respectfully submitted,

*[signature]*

Hillel I. Parness

cc: Counsel of Record

---

**APPLICATION GRANTED:** The telephonic settlement conference in this matter scheduled for Tuesday, March 29, 2022 at 10:00 a.m. is hereby rescheduled to <u>Tuesday, May 3, 2022 at 2:00 p.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. <u>Please dial (866) 434-5269, Access code: 4858267.</u> Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>April 26, 2022 by 5:00 p.m.</u> By <u>April 1, 2022,</u> the parties shall file a joint status letter advising the Court of the the status of discovery including the related depositions.

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.
**03/21/2022**