# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2022

United States District Judge Analisa Torres
United States District Court for the
 Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      Re:    Hall & Price v. Protoons Inc., 1:21-cv-02043-AT-KHP (S.D.N.Y.)

Dear Judge Torres:

We represent Defendant Protoons Inc. in the above-referenced action. The Court has set April 25, 2022 as the date by which the parties should file any pre-motion letters in support of dispositive motions. ECF 61. Your Honor adjourned this date once before, to allow the parties additional time to engage in ongoing settlement discussions.

I am writing at this time, jointly on behalf of Defendant and the Plaintiffs, to request a further three-week adjournment of the date for the submission of pre-motion letters. The reason for this adjournment, as with the prior adjournment, is to allow additional time to explore a potential global resolution of this matter with a third party, which efforts have further advanced in the last several weeks. The parties agree not to seek any further adjournments of this submission deadline.

I am simultaneously writing to Magistrate Judge Parker to request a further adjournment of the parties' upcoming settlement conference, for the same reasons set forth herein.

                                      Respectfully submitted,

                                      Hillel I. Parness

GRANTED. The parties shall submit any pre-motion letters by May 16, 2022.

SO ORDERED.

Dated: April 25, 2022
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge