```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORVILLE HALL and PHILLIP PRICE, collectively professionally known as "THE SHOWBOYS",

                Plaintiffs,

-against-

PROTOONS INC.,

                Defendant.

**ORDER CONVERTING SETTLEMENT CONFERENCE TO VIDEO**

1:21-CV-2043 (AT)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference in this matter previously scheduled for Monday**, July 18, 2022 at 2:00 p.m.** is hereby **converted to Microsoft Teams.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.

**SO ORDERED.**

Dated: July 13, 2022
New York, New York

*Katharine H. Parker*

_____
KATHARINE H. PARKER
United States Magistrate Judge