USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/01/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORVILLE HALL and PHILLIP PRICE,
collectively professionally known as
"THE SHOWBOYS",

                            Plaintiffs,

            -against-

PROTOONS INC.,

                            Defendant.

**ORDER**

**21-CV-2043 (AT)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court has received the parties' update regarding their settlement negotiations.  The

parties shall submit another update via e-mail by **August 31, 2022**.  However, the parties shall

promptly notify the Court should a settlement be reached before then.

            **SO ORDERED.**

Dated:   August 1, 2022
         New York, New York

_____
            KATHARINE H. PARKER
            United States Magistrate Judge