# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-60

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/04/2024

United States District Judge Analisa Torres
United States District Court for the
 Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      Re:    Hall & Price v. Protoons Inc., 1:21-cv-02043-AT-KHP (S.D.N.Y.)

Dear Judge Torres:

We represent Defendant Protoons Inc. in the above-referenced action.  I am writing, in accordance with Section I.C. of Your Individual Practices in Civil Cases, to respectfully request a 14-day extension of the date by which Defendant may move for reconsideration, reargument and/or clarification with respect to the Court's August 22, 2024 Order regarding the parties' motions for summary judgment (ECF 117).

Local Rule 6.3 states that, "Unless otherwise provided by the court…a notice of motion for reconsideration must be served within 14 days after the entry of the court's order being challenged."  The original due date is therefore September 5, 2024, and the extended date would be September 19, 2024.  The reason for the request is that the parties are exploring the possibility of settlement, which if successful would obviate the need for any further litigation before this Court or the Second Circuit.  This is the first request for an extension of this date.  The extension, if granted, would not affect any other scheduled dates.

I have conferred with opposing counsel, who advises that Plaintiffs Orville Hall and Phillip Price do not oppose Defendant's request, which is acknowledged and appreciated.

                              Respectfully submitted,

                              Hillel I. Parness

cc:    Counsel of Record

GRANTED.  In addition, Defendants shall submit any comments on Plaintiffs' proposed judgment by **September 19, 2024**.  *See* ECF No. 119.

SO ORDERED.

Dated:  September 4, 2024
       New York, New York

                              ANALISA TORRES
                              United States District Judge