# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2025

United States District Judge Analisa Torres
United States District Court for the
 Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      Re:    Hall & Price v. Protoons Inc., 1:21-cv-02043-AT-KHP (S.D.N.Y.)

Dear Judge Torres:

We represent Defendant Protoons Inc. in the above-referenced action.  The Court is in receipt of Defendant's March 11, 2025 Supplemental Memorandum of Law (ECF 140) and Plaintiffs The Showboys' April 4, 2025 letter in response (ECF 143).  In view of recent developments on the settlement front, counsel for the parties have conferred and hereby jointly respectfully propose and request a 30-day stay of this matter, during which time the parties will not make any further submissions (but reserve their right to do so upon the expiration of the stay), and the Court would not render any decision on Defendant's pending motion for Reconsideration of Reargument (ECF 122).

The parties thank the Court for its continued assistance and attention to this matter.

                                          Respectfully submitted,

                                          Hillel I. Parness

cc:    Counsel of Record (via ECF)

GRANTED.  This matter is **STAYED** until **May 12, 2025**.  On that date, the parties shall file a joint letter on the status of settlement discussions.

SO ORDERED.

Dated: April 10, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge