# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 100[...]
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-[...]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/14/2025__

United States District Judge Analisa Torres
United States District Court for the
 Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      Re:    Hall & Price v. Protoons Inc., 1:21-cv-02043-AT-KHP (S.D.N.Y.)

Dear Judge Torres:

We represent Defendant Protoons Inc. in the above-referenced action. Further to my letter to Your Honor of October 10, 2025 (ECF 153), in which I requested adjournment of Defendant's time to file a motion to amend its Counterclaims from October 14 to October 22, 2025, I can now report that counsel for Plaintiffs consents to the foregoing request, with matching extensions of the remaining dates on the briefing schedule. Therefore, Defendant respectfully requests, on consent, for the following adjournment of dates:

| Event | Original Date | Adjourned Date |
|---|---|---|
| Defendant's Motion Papers | October 14, 2025 | October 22, 2025 |
| Plaintiffs' Opposition Papers | November 12, 2025 | November 20, 2025 |
| Defendant's Reply Papers | November 26, 2025 | December 4, 2025 |

As noted above, Plaintiffs consent to the adjournment request, which is very much appreciated. As reflected in my original letter, this is the first request for adjournment of these dates, and the adjournments, if granted, would not affect any other scheduled dates.

GRANTED.

SO ORDERED.

Dated: October 14, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge