

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2025

November 18, 2025

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

      Re: <u>Hall, et al. v. Protoons Inc.; Action No. 21-cv-02043-AT</u>

Dear Judge Torres:

    We are counsel for plaintiffs Orville Hall and Phillip Price, collectively professionally known as "The Showboys" ("Plaintiffs"), in the above-referenced action against Protoons Inc. ("Defendant"). We write, in accordance with Section I.C. of Your Individual Practices in Civil Cases, to respectfully request a two-week extension of the date by which Plaintiffs may file their opposition to Defendant's motion for leave to amend its counterclaims (ECF Doc. 156).

    The current due date for Plaintiffs to file their opposition to such submission is Thursday, November 20, 2025. We are requesting a short extension of that deadline to December 4, 2025, as well as a corresponding extension of Defendant's time to file a reply on the subject motion from December 4, 2025 to December 18, 2025. This is the first request by Plaintiffs for an extension of this deadline. The reason for the request is the occurrence of medical issues for the undersigned and the need to attend to several unexpected time-consuming emergency matters.

    I have conferred with opposing counsel, who advises that Defendant does not object to the request, which is acknowledged and appreciated.

                         Sincerely,

                         /s/ Julie B. Wlodinguer

                         Julie B. Wlodinguer

cc:    All Counsel of Record (via ECF)

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 158.

SO ORDERED.

Dated: November 19, 2025
       New York, New York

                         ANALISA TORRES
                        United States District Judge