USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____5/28/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORVILLE HALL AND PHILLIP PRICE, collectively
professionally known as "THE SHOWBOYS,"                    Case No. 21-cv-2043-AT-KHP

Plaintiffs,

-against-

PROTOONS INC.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND
DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT UNDER
FEDERAL RULE OF CIVIL PROCEDURE 56 AND JUDGMENT**

WHEREAS, Plaintiffs Orville Hall and Phillip Price, collectively professionally known as "The Showboys" ("Plaintiffs") moved for summary judgment on their claim for breach of contract against defendant Protoons Inc. ("Defendant");

WHEREAS, Defendant cross-moved for summary judgment with respect to Plaintiffs' breach of contract claim as well as with respect to its four counterclaims for (i) breach of the parties' 1985 agreement, (ii) breach of the parties' 1988 termination agreement, (iii) breach of the implied covenant of good faith and fair dealing, and (iv) declaratory relief (the "First Counterclaim," "Second Counterclaim," "Third Counterclaim," and "Fourth Counterclaim," respectively);

WHEREAS, the Court issued an Order with respect to the parties' respective summary judgment motions on August 22, 2024 (the "Order");

WHEREAS, on or about September 19, 2024, Defendant filed a motion for reconsideration and/or reargument of the Order (the "Reconsideration Motion");

WHEREAS, the Reconsideration Motion was denied by Order of the Court dated February 26, 2026 (ECF Doc. 169);

WHEREAS, on or about October 22, 2025, Defendant filed a motion for leave to file amended counterclaims (the "Amendment Motion");

WHEREAS, on March 2, 2026, Magistrate Judge Katherine H. Parker issued a Report and Recommendation to the Court recommending that the Amendment Motion be denied (the "Magistrate's Report and Recommendation") (ECF Doc. 171);

WHEREAS, on March 17, 2026, Defendant filed Objections to the Magistrate's Report and Recommendation (the "Objections") (ECF Doc. 172);

WHEREAS, Plaintiffs contend that Defendant's Objections to the Magistrate's Report and Recommendation have no merit (ECF Doc. 173);

WHEREAS, Defendant paid Plaintiffs the sum of $570,499.22 (the "Principal Amount") on or about January 15, 2026;

WHEREAS, having considered the papers filed by the parties in connection with the foregoing motions, it is **HEREBY ORDERED** that:

1.      Judgment as a matter of law on Plaintiffs' motion for summary judgment is granted in favor of Plaintiffs;

2.      Defendant's Cross-Motion for Summary Judgment is denied, and judgment as a matter of law is granted in favor of Plaintiffs with respect to Defendant's First Counterclaim, Second Counterclaim, and Third Counterclaim;

3.      Defendant's Fourth Counterclaim is dismissed with prejudice;

4.      Given the payment of the Principal Amount prior to the date hereof, Plaintiffs are awarded judgment against Defendant in the amount of the statutory prejudgment interest at 9% per annum on the Principal Amount from December 31, 2021 through January 14, 2026 (4 years and 14 days or 4.03 years), totaling, $206,920.07, plus costs and disbursements incurred by Plaintiffs in prosecuting this action in the sum of $430, making in all the sum of $207,350.07.

5.      The Amendment Motion is denied.   *See* ECF Doc. 175.

The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

Dated: May 28, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge