# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ORVILLE HALL AND PHILLIP PRICE, collectively
professionally known as "THE SHOWBOYS,"

                                   Plaintiffs,                       21 **CIVIL** 2043 (AT) (KHP)

              -against-                                          <u>**JUDGMENT**</u>

PROTOONS INC.,

                                   Defendant.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 28, 2026, Plaintiffs' motion for summary judgment is granted. Plaintiffs are awarded judgment against Defendant in the amount of the statutory prejudgment interest at 9% per annum on the Principal Amount from December 31, 2021 through January 14, 2026 (4 years and 14 days or 4.03 years), totaling, $206,920.07, plus costs and disbursements incurred by Plaintiffs in prosecuting this action in the sum of $430, making in all the sum of $207,350.07.

**Dated:** New York, New York

         June 1, 2026

                                               **TAMMI M. HELLWIG**

                                              _____

                                                **Clerk of Court**

                               **BY:** _____

                                               **Deputy Clerk**